**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**
**www.flmb.uscourts.gov**

IN RE:                                                                  CASE NO.: 2:24-bk-00721-FMD
                                                                        CHAPTER 11
GREENWICH INVESTMENT
MANAGEMENT, INC.
    Debtor.
_____/

**PROOF OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the **(C.P. #265) Order Granting Application For Compensation (Related Doc # [261]). Fees awarded to Craig I Kelley in the amount of $9570.00, expenses awarded: $204.12** was furnished via U.S. Mail/ECF/email to the parties on the attached mail list on the 10th of November, 2025.

                                                  KELLEY KAPLAN & ELLER, PLLC
                                                  1665 Palm Beach Lakes Blvd.
                                                  The Forum - Suite 1000
                                                  West Palm Beach, Florida 33401
                                                  Telephone No. (561) 491-1200
                                                  Facsimile No.  (561) 684-3773
                                                  bankruptcy@kelleylawoffice.com

                                                  By:/s/ Dana Kaplan_____
                                                  Dana Kaplan
                                                  Florida Bar No.: 44315
                                                  \

**Mailing Information for Case 2:24-bk-00721-FMD**
**Electronic Mail Notice List**
- **Michael S Hoffman**    mhoffman@lessnehoffman.law, cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com
- **IPFS Corporation (LRC)**    lisa.chandler@ipfs.com
- **Erik Johanson**    ecf@johanson.law, erik@johanson.law;felicia@johanson.law
- **Dana L Kaplan**    dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Craig I Kelley**    craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com
- **Michael C Markham**    mikem@jpfirm.com, MinervaG@jpfirm.com;cmcm11@trustesolutions.net
- **Michael C Markham**    mikem@jpfirm.com, minervag@jpfirm.com;angelinal@jpfirm.com;katherines@jpfirm.com;andrenaw@jpfirm.com

- **Lance Bergmann Melamud**    LMelamud@grsm.com, aruff@grsm.com
- **James W Schwitalla**    jwscmecf@bellsouth.net, schwitallajr74031@notify.bestcase.com
- **Gerald L. Shelley**    gshelley@fennemorelaw.com
- **Scott A. Stichter**    sstichter.ecf@srbp.com, srbpecf@srbp.com
- **United States Trustee - FTM**    USTPRegion21.TP.ECF@USDOJ.GOV
- **Jesse S Vogtle**    jvogtle@balch.com
- **Nathan A Wheatley**    nathan.a.wheatley@usdoj.gov

**Manual Notice List**

**D. Sam Anderson**
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street, West Tower
Portland, ME 04101

**Sam Anderson**
Bernstein, Shur, Sawyer & Nelson, PA
100 Middle Street
West Tower
Portland, ME 04101

**Daniel Dowd**
Cohen Dowd Quigley PC
2425 E. Camelback Road
Suite 1100
Phoenix, AZ 85016

**B Lane Hasler**
161 N Clark Street Suite 1600
Chicago, IL 60601

**Joyce Lindhauer**
1412 Main Street
Suite 500
Dallas, TX 75202

**Greenwich Investment Management, Inc.**
763 Glendevon Dr.
Naples, FL 34105

See attached matrix.

```
Label Matrix for local noticing          D. Sam Anderson                          Sam Anderson
113A-2                                   Bernstein, Shur, Sawyer & Nelson, P.A.   Bernstein, Shur, Sawyer & Nelson, PA
Case 2:24-bk-00721-FMD                   100 Middle Street, West Tower            100 Middle Street
Middle District of Florida               Portland, ME 04101-4166                  West Tower
Ft. Myers                                                                         Portland, ME 04101-4100
Mon Nov 10 13:15:33 EST 2025

Peter Courtney                           Caryl E. Delano                          Daniel Dowd
c/o Scott A. Stichter, Esquire           Tampa                                    Cohen Dowd Quigley PC
Stichter Riedel Blain & Postler, P.A.    , FL                                     2425 E. Camelback Road
110 E. Madison St., Ste. 200                                                      Suite 1100
Tampa, FL 33602-4718                                                              Phoenix, AZ 85016-9207

Greenwich Investment Management, Inc.    Harvest Gold Silica Inc.                 B Lane Hasler
763 Glendevon Dr.                        3839 Briargrove Ln                       161 N Clark Street Suite 1600
Naples, FL 34105-7139                    Ste 6307                                 Chicago, IL 60601-3338
                                         Dallas, TX 75287-6377

Holland and Knight                       Joyce Lindhauer                          George Rieger
c/o Jesse S. Vogtle, Jr.                 1412 Main Street                         c/o Lance Melamud, Esq.
1901 Sixth Ave N., Suite 1400            Suite 500                                Gordon Rees Scully Mansukhani
Birmingham,, AL 35203-4605               Dallas, TX 75202-4042                    100 SE Second Street, Suite 3900
                                                                                  Miami, FL 33131-2153

VAST MOUNTAIN DEVELOPMENT, INC.          A. Gary Shilling & Co., Inc.             ACE Property and Casualty Insurance Company
c/o Fennemore Craig, P.C.                500 Morris Avenue                        ACE Property and Casualty Insurance Co.
Attn: Gerald L. Shelley                  Springfield, NJ 07081-1020               436 Walnut Street
2394 E. Camelback Rd., Ste. 600                                                   Philadelphia, PA 19106-3703
Phoenix, AZ 85016-9077

American Express                         Anthem Blue Cross and Blue Shield        Arcons Technology, Inc.
P.O. Box 1270                            P.O. Box 645438                          159 Bayview Drive
Newark, NJ 07101-1270                    Cincinnati, OH 45264-5438                San Carlos, CA 94070-1672

B. Lane Hasler, P.C.                     Burgess Law LLC                          Candlewood Securities
33 N. Dearborn                           3131 East Camelback Road                 600 Superior Avenue East
Suite 2330                               Phoenix, AZ 85016-4500                   Cleveland, OH 44114-2614
Chicago, IL 60602-3855

Clearwater Analytics                     Client Server Specialists                Davis & Ceriani, P.C.
777 W. Main Street                       P.O. Box 936745                          1600 Stout Street
Suite 900                                Philadelphia, PA 19182-0001              Suite 1710
Boise, ID 83702-6183                                                              Denver, CO 80202-1575

Department of Revenue                    FIS Brokerage and Security Services      (p)FACTSET RESEARCH SYSTEMS INC
PO Box 6668                              62446 Collections Center Drive           45 GLOVER AVENUE
Tallahassee FL 32314-6668                Chicago, IL 60693-0001                   NORWALK CT 06850-1238

FactSet Research Systems, Inc.           Ferguson Cohen LLP                       First Republic
P.O. Box 414756                          25 Field Point Road                      111 Pine Street
Boston, MA 02241-4756                    Greenwich, CT 06830-5335                 San Francisco, CA 94111-5628
```

Fix Flyer LLC -
525 Seventh Avenue
Suite 812
New York, NY 10018-1036

Fridman Fels & Soto, PLLC
c/o Alejandro Soto
150 Alhambra Circle Suite 715
Coral Gables, FL 33134-4523

George Rieger
c/o Lance Melamud, Esq.
Gordon Rees Scully Mansukhani
100 SE Second Street, Suite 3900
Miami, Florida 33131-2153

Harvest Gold Silica, Inc. -
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, TX 75202-4042

IPFS Corporation -
PO Box 412086
Kansas City, MO 64141-2086

IQ EQ Fund Services
2777 N. stemmons Fwy
Suite 1425
Dallas, TX 75207-2501

Innovative Network Solutions Corp. -
5 Hillandale Avenue
Suite 102
Stamford, CT 06902-2843

Internal Revenue Service -
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeff Krinsky
Judgments MIA, PLLC
12555 Biscayne Boulevard, Suite 915
Miami, FL 33181-2522

Jeff Krinsky
c/o James Schwitalla, Esquire
12954 SW 133RD CT
Miami, FL 33186-5806

Jeff Krinsky -
c/o Roniel Rodriguez IV PA
12555 Biscayne Blvd
915
North Miami, FL 33181-2522

Jeff krinsky
1172 S. Dixie Highway #502
Miami, FL 33146-2918

Julie C. Muraco, an individual -
P.O. Box 662
P.O. Box 662
New York, NY 10150-0662

Lightpath, Inc.
P.O. Box 360111
Pittsburgh, PA 15251-6111

Marco Vangelisti -
2930 Domingo Avenue # 1125
Berkeley, CA 94705-2454

Mark Fontanilla & Co., LLC
255 W MLK Blvd.
Suite 2402
Charlotte, NC 28202-2034

NYSE Market (DE), Inc.
PO Box 734514
Chicago, IL 60673-4514

Nemchek & Poeschl Law Firm
60 Long Ridge Road, Suite 20
Stamford, CT 06902-1838

Newport Group, Inc.
Dept LA 24540
Pasadena, CA 91185-0001

Optimum
PO Box 70340
Philadelphia, PA 19176-0340

Panther Management Services, LLC
1172 S. Dixie Highway #502
Miami, FL 33146-2918

Panther Management Services, LLC
c/o Judgments MIA, PLLC
12555 Biscayne Boulevard, Suite 915
Miami, FL 33181-2522

Paychex
800 Connecticut Avenue
Norwalk, CT 06854-1631

Peter Courtney
c/o Scott A. Stichter
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602-4718

Peter Courtney
c/o Scott A. Stichter, Esq.
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., Ste. 200
Tampa, FL 33602-4718

Peter Courtney
c/o Stichter Reidel
110 E. Madison Street #200
Tampa, FL 33602-4718

Peter L'H. Courtney -
c/o Scott A. Stichter, Esq.
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., Ste. 200
Tampa, FL 33602-4718

Polsinelli
P.O. Box 878681
Kansas City, MO 64187-8681

Portfolio Placements & Resumes, LLC
42 Rambling Drive
Scotch Plains, NJ 07076-2955

Proshred Security- C Corp
801 North Main Street Extension
Wallingford, CT 06492-2463

| | | |
|---|---|---|
| Rappy & Company, Inc.<br>12 Manor Drive<br>Goldens Bridge, NY 10526-1204 | Refinitiv US LLC<br>PO Box 415983<br>Boston, MA 02241-5983 | Renaissance Regulatory Svc<br>625 Southeast 10th Street<br>Deerfield Beach, FL 33441-5607 |
| Roniel Rodriguez IV<br>150 West Flagler Street, Suite 1600<br>Miami, FL 33130-1518 | SGSL Fee Owner, LLC<br>1172 S. Dixie Highway #502<br>Miami, FL 33146-2918 | SGSL Fee Owner, LLC<br>c/o Judgments MIA, PLLC<br>12555 Biscayne Boulevard, Suite 915<br>Miami, FL 33181-2522 |
| SONO 50 LLC<br>50 Washington St<br>Norwalk, CT 06854-2710 | Satuit Technologies<br>25 Braintree Hill Office Pk<br>Braintree, MA 02184-8702 | Scan-Optics<br>169 Progress Dr<br>Manchester, CT 06042-9020 |
| Securities and Exchange Comm<br>100 F Street NE<br>Washington, DC 20549-2001 | (p)U S  SECURITIES AND EXCHANGE COMMISSION<br>ATTN BOSTON REGIONAL OFFICE<br>33 ARCH STREET 24TH FLOOR<br>BOSTON MA 02110-1424 | Securities and Exchange Commission<br>801 Brickell Ave, Suite 1950<br>Miami, FL 33131-4901 |
| (p)STATE OF NEW JERSEY   DIVISION OF TAXATION<br>ATTN BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08695-0245 | Third Half Corporation<br>6425 King Lawrence Road<br>Raleigh, NC 27607-4904 | Vast Mountain Development Inc. -<br>Attn: John Owen<br>3839 Briargrove Lane<br>Suite 6307<br>Dallas, TX 75287-6377 |
| Verizon Wireless<br>PO Box 15062<br>Albany, NY 12212-5062 | William O'Neil & Co.<br>12655 Beatrice Street<br>Los Angeles, CA 90066-7302 | Xerox Financial Services<br>PO Box 202882<br>Dallas, TX 75320-2882 |
| eVestment Alliance Holdings, Inc.<br>100 Glenridge Point Parkway NE<br>Suite 100<br>Atlanta, GA 30342-1444 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| FactSet Research Systems Inc. -<br>45 Glover Avenue<br>Norwalk, CT 06850 | Securities and Exchange Commission<br>33 Arch Street<br>24th Floor<br>Boston, MA 02110 | (d)Securities and Exchange Commission<br>33 Arch Street, 24th Floor<br>Boston, MA 02110 |
| State of New Jersey -<br>Division of Taxation<br>Bankruptcy Section<br>PO Box 245<br>Trenton, NJ  08695 | | |